UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **SHARED MEMORY GRAPHICS LLC,**<br><br>    Plaintiff<br><br>v.<br><br>**APPLE, INC., et al.**<br><br>    Defendants. | Civil Action No. 5:09-cv-05128 (BSM)<br><br>JURY DEMANDED |

### PLAINTIFF SHARED MEMORY GRAPHICS LLC'S MOTION FOR WITHDRAWAL OF COUNSEL AND TERMINATION OF ELECTRONIC NOTICES

Pursuant to Local Rule 83.5(f), Plaintiff Shared Memory Graphics LLC ("SMG") respectfully requests leave of Court for attorney Brian K. Buss to withdraw his appearance as attorney of record for SMG in this matter.  SMG also requests that electronic notifications of filings to Brian K. Buss be terminated.  The withdrawal of said counsel from this matter will impose no delay of the case or prejudice to any party, and SMG's other counsel will remain of record.

Dated:  March 2, 2010               Respectfully submitted,


                                    /s/  Adam V. Floyd                    

                                    Nicholas H. Patton
                                    AR Bar No. 63035
                                    **PATTON, TIDWELL & SCHROEDER, L.L.P.**
                                    4605 Texas Boulevard
                                    P.O. Box 5398
                                    Texarkana, Texas 75505-5398
                                    Telephone:  903/792-7080
                                    Facsimile  :  903/792-8233

-2-

**OF COUNSEL**:

Adam V. Floyd
Kent J. Cooper
H. Kenneth Prol
Matthew S. Wermager
Reese P. McKnight
**FLOYD & BUSS, L.L.P.**
5113 Southwest Parkway, Suite 140
Austin, TX 78735
Telephone: (512) 681-1500
Facsimile : (512) 681-1590

**ATTORNEYS FOR PLAINTIFF**
**SHARED MEMORY GRAPHICS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Kevin A. Crass crass@fec.net, tmaness@fec.net
- Damon Young dyoung@youngpickettlaw.com, yp1303@aol.com
- Steven W. Quattlebaum quattlebaum@qgtb.com, khove@qgtb.com, troberts@qgtb.com
- Marshall S. Ney mney@mwlaw.com, jgarrett@mwlaw.com, jlarey@mwlaw.com
- Brandon B. Cate bcate@qgtb.com, jdempsey@qgtb.com, pcooper@qgtb.com, sjackson@qgtb.com
- Grant E. Kinsel gkinsel@perkinscoie.com, docketla@perkinscoie.com, ivasquez@perkinscoie.com
- Timothy Teter tteter@cooley.com, scaamal@cooley.com
- Benjamin Damstedt bdamstedt@cooley.com, elliottds@cooley.com
- Iain Robert Cunningham icunningham@cooley.com, jcorrell@cooley.com
- Matthew Jacob Faust mfaust@kenyon.com
- Michelle Carniaux mcarniaux@kenyon.com
- Lewis V. Popovski LPopovski@kenyon.com
- Richard S. Gresalfi RGresalfi@kenyon.com
- Darin Glasser dglasser@omm.com, btreggs@omm.com, ralvarez@omm.com, swhite@omm.com
- Ryan Yagura ryagura@omm.com
- Michael Myers mmyers@omm.com
- George Riley griley@omm.com
- Jamie Goss Dempsey jdempsey@qgtb.com, acone@qgtb.com

*/s/Abbey L. Epley*
Abbey L. Epley, Paralegal
Floyd & Buss LLP

7366v1