UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| SHARED MEMORY GRAPHICS LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 5:09cv5128 (BSM) |
| | § | |
| APPLE INC., et al., | § | |
| | § | |
| Defendants | § | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISQUALIFY**

Plaintiff, Shared Memory Graphics LLC ("SMG") hereby moves the court, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to respond to Nintendo's Motion to Disqualify Floyd & Buss LLP as Counsel for Shared Memory Graphics LLC, and in support thereof states:

1. On April 22, 2010, Nintendo filed its motion to disqualify (Doc. # 159).  Under Local Rule 7.2, SMG's response is due by Monday, May 10, 2010.

2. On that same day, April 22, 2010, Nintendo also filed a motion for leave to file the documents supporting Nintendo's motion to disqualify under seal (Doc. # 160).

3. Nintendo did not serve SMG with the documents supporting Nintendo's motion to disqualify until April 27, 2010.

4. SMG respectfully requests an extension of time to respond to Nintendo's motion until May 21, 2010.

5. SMG states that there is good cause for granting the extension it seeks herein.

6. Counsel for SMG has conferred with counsel for Nintendo, and Nintendo has indicated that it does not oppose SMG's request regarding an extension until May 21, 2010, but Nintendo has not agreed to the language of this motion.

WHEREFORE, SMG prays for an extension of time to respond to Nintendo's motion to disqualify until May 21, 2010.

Dated:  May 6, 2010 Respectfully submitted,

SHARED MEMORY GRAPHICS, LLC

By Counsel

*Of Counsel* */s/ Adam V. Floyd*

| | |
|---|---|
| Adam V. Floyd | Nicholas H. Patton |
| Kent J. Cooper | AR Bar No. 63035 |
| H. Kenneth Prol | Geoffrey P. Culbertson |
| Matthew S. Wermager | **PATTON, TIDWELL & SCHROEDER, L.L.P.** |
| Michael J. Smith | 4605 Texas Boulevard |
| Reese P. McKnight | P.O. Box 5398 |
| **FLOYD & BUSS, LLP** | Texarkana, Texas 75505-5398 |
| 5113 Southwest Parkway, Suite 140 | Telephone:  903/792-7080 |
| Austin, TX  78735 | Facsimile  :  903/792-8233 |
| Tel:  (512) 681-1500 | nickpatton@texarkanalaw.com |
| Fax: (512) 681-1590 | |
| rmcknight@fblawllp.com | ***ATTORNEYS FOR PLAINTIFF*** |
| | ***SHARED MEMORY GRAPHICS, LLC*** |

2

8211.2

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 6th day of May, 2010.

                                              /s/ Abbey Epley
                                              Abbey L. Epley
                                              Paralegal
                                              Floyd & Buss LLP

8211.2