# UNITED STATES DISTRICT COURT
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**Christopher R. Johnson**
**Clerk**

**35 East Mountain, Room 510**                                              **(479) 521-6980**
**FAYETTEVILLE, ARKANSAS 72701**                                    **FAX (479) 575-0774**

May 27, 2010

Richard W. Wieking, Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
16th Floor
San Francisco, CA. 94102

Re: Shared Memory Graphics LLC. v. Apple Inc; et al
    09-5128

Dear Mr. Wieking:

      Enclosed please find a certified copy of Judge Brian S. Miller's order dated May 27, 2010 in the above referenced case. In accordance with the Eighth Circuit Court of Appeals' decision in Nine Mile Limited, No. 82-1236, 673 F. 2d 242 (8th Cir. 1982), the clerk's office is required to wait a "reasonable period of time" before physically transferring a case file after a transfer order is entered. Therefore this case file will be sent to your office approximately thirty (30) days following the entry of the transfer order on the docket.

      If you have any questions, please contact the clerk's office at 479.521.6980.

                        Sincerely,

                        CHRISTOPHER R. JOHNSON, CLERK
         BY:   S. Cummings
                        Deputy Clerk

Enclosure

cc: Honorable Brian S. Miller
    Counsel of Record