## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**SHARED MEMORY GRAPHICS LLC,**                                    **PLAINTIFF**

V.                           CASE NO. 5:09CV5128 BSM

**APPLE INC.; SAMSUNG ELECTRONICS CO.;
SAMSUNG SEMICONDUCTOR, INC.;
SAMSUNG AUSTIN SEMICONDUCTOR, LLC;
SAMSUNG ELECTRONICS AMERICA, INC.;
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC;
NINTENDO OF AMERICA INC.; NINTENDO CO. LTD.;
SONY COMPUTER ENTERTAINMENT AMERICA INC.;
SONY CORPORATION; SONY COMPUTER
ENTERTAINMENT INC.;and SONY SEMICONDUCTOR
KYUSHU CORPORATION LTD.,**                                    **DEFENDANTS**

## ORDER

Plaintiff Shared Memory Graphics LLC moves to clarify, (Doc. No. 189), the May 27, 2010, order, (Doc. No. 186), transferring this case to the Northern District of California. Plaintiff states that it will not seek to appeal transfer and requests that this case be transferred immediately. Accordingly, the Clerk's office is directed to immediately transfer this case to the Northern District of California. The parties are directed to file all future pleadings in the Northern District of California.

IT IS SO ORDERED this 28th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE